Disposition of Petitions for Discretionary Review Under G.S. 7A-31

5 November 2015

| 337P15 | State v. Aron Harper | 1. Def's Motion for Temporary Stay (COA14-1182) | 1. Denied **10/08/2015** |
| | | 2. Def's Petition for *Writ of Supersedeas* | 2. |
| | | 3. Def's Petition for *Writ of Certiorari* to Review Decision of COA | 3. |
| 338P14-3 | Waddell Bynum, Jr. v. Progressive Ins. Group, Inc.; Mark A. Valentine, Agent | Plt's *Pro Se* Motion to Appeal | Dismissed |
| 343P15 | State v. Ron Fitzgerald Kenney | Def's *Pro Se* Motion for PDR (COAP15-621) | Denied **10/07/2015** |
| 344P14 | State v. Gary Maurice Walters | 1. State's Motion for Temporary Stay (COA14-51) | 1. Allowed **09/19/2014** |
| | | 2. State's Petition for *Writ of Supersedeas* | 2. Allowed |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. Allowed |
| | | 4. Def's PDR of an Additional Issue | 4. Denied |
| | | | **Ervin, J., recused** |
| 345P15 | State v. Jonathan Lavon Friend El | 1. Def's *Pro Se* Motion for Writ of Error | 1. Dismissed |
| | | 2. Def's *Pro Se* Petition for *Writ of Mandamus* | 2. Dismissed |
| 346P15 | In the Matter of the Estate of John Wesley Cash | Petitioner's *Pro Se* Motion for Emergency Injunctive Relief | Dismissed **10/14/2015** |
| 347P15 | State v. Antone Lamont Bell | Def's *Pro Se* Petition for *Writ of Habeas Corpus* | Denied **10/14/2015** |
| 351P04-5 | State v. Robert Lee Thacker | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP15-637) | Dismissed |